IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKY WELBORNE, | : |
| | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 12-4001 |
| ROBERT COLLINS, et al., | : |
| | : |
| Respondents. | : |

# O R D E R

**AND NOW,** this 4th day of May, 2017, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, **IT IS HEREBY ORDERED** that:

1. The report and recommendation is **APPROVED** and **ADOPTED**;[1]

2. The petition for a writ of habeas corpus is **DISMISSED** with prejudice;

3. A certificate of appealability **WILL NOT ISSUE**; and

4. The Clerk is directed to mark this case **CLOSED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.

---

[1] Petitioner Ricky Welborne brings this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 30, 2016, United States Magistrate Judge Linda K. Caracappa issued a Report and Recommendation, recommending that the petition be denied and dismissed. As of the date of this Order, the petitioner has not filed any Objections to the Report and Recommendation. I will therefore approve and adopt the Report and Recommendation, and dismiss the petition with prejudice without an evidentiary hearing.